IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STEPHANIE E. LOVING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-1386-D |
| | ) | |
| REDDING ROOFING SUPPLY, INC., | ) | |
| d/b/a R&S SUPPLY, and R&S SUPPLY, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW both parties in the above-styled action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with all parties to bear their own costs, with prejudice to the further filing thereof.

Respectfully submitted,

/s/Christine Coleman Vizcano | /s/Jo Anne Deaton
---|---
Mark Hammons, OBA #19416 | Jo Anne Deaton, OBA #5938
Christine Coleman Vizcano, OBA #30527 | Denelda L. Richardson, OBA #20103
*(signed by filing attorney with permission of Plaintiff's attorneys)* | RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C.
Hammons Gowens Hurst & Assoc. | P.O. Box 21100
325 Dean A. McGee Avenue | Tulsa, Oklahoma 74121-1100
Oklahoma City, OK 73102 | (918) 582-1173 - Telephone
(405) 235-6100 - Telephone | (918) 592-3390 - Facsimile
(405) 235-6111 - Facsimile | jdeaton@rhodesokla.com
christine@hammonslaw.com | drichardson@rhodesokla.com
***Attorney for Plaintiff*** | ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mark Hammons
Christine Coleman Vizcaino

        /s/Jo Anne Deaton, OBA #5938
        JO ANNE DEATON, OBA #5938